ACCEPTED
03-15-00586-CR
7664758
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 3:20:25 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00586-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 3:20:25 PM
JEFFREY D. KYLE
Clerk

_____

On Appeal from the 368th Judicial District Court of
Williamson County, Texas
Cause Number 13-0826-K277

_____

**CRISPIN JAMES HARMEL, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S OBJECTION TO
STATE'S MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes Now, Crispin James Harmel, Appellant herein, and files this, his Appellant's Objection to State's Motion for Extension of Time. In support of said objection, Appellant would show this Honorable Court the following:

On November 2, 2015, Counsel for the State filed a Motion for Extension of time requesting a sixty-day extension to file its brief in this case. Appellant objects for the following reasons:

1

1) This is an accelerated appeal based on Appellant's pre-trial motion for habeas corpus relief and therefore, the State's brief was due within twenty days of the filing of Appellant's brief. TEX. R. APP. P. 38.6(c). Appellant filed his brief timely. *See* TEX. R. APP. P. 38.6(b).

2) The State's Motion for Extension of time was filed by John C. Prezas, who, until this time, had recused himself from participating in this case based on his prior knowledge and experience with a witness. However, now, with no notice to Appellant or the Trial Court, Mr. Prezas has decided to represent the State on Appeal in this case. The Reporter's Record reflects Appellant's objection to Mr. Prezas's participation and his voluntary recusal of same. Appellant again objects to Mr. Prezas's participation in this case and the end-run around the trial court in interjecting himself back into the proceedings with no recourse for Appellant to object and have a hearing.

3) The reasons the State gives to support its request for an extension involve childcare issues and the caseload of the Williamson County District Attorney's Office. The Williamson County District Attorney's Office is now staffed with two appellate attorneys and the State's motion gives no explanation as to why the other appellate attorney cannot complete the task at hand.

4) For the foregoing reasons, Appellant objects to the State's Motion for Extension of Time.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Court deny the State's Motion for Extension of Time.

Respectfully submitted,

_____"/s/" Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Brief has been emailed to the Williamson County District Attorney's Office to the following address: jprezas@wilco.org on November 3, 2015.

_____"/s/" Kristen Jernigan_____
Kristen Jernigan

3